Richard A. Helm, Esq.
Bookman & Helm, LLP
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Fax: (907) 279-4851
email: lhile@bookman-helm.com
rhelm@bookman-helm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

JACQUELINE TEBO, personal representative )
of the estate of Michael A. Tebo, deceased, )
                                                                                                    Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA and the )
UNITED STATES AIR FORCE, )
)
                                          Defendants. )  Case No. _____

## COMPLAINT FOR PERSONAL INJURIES/MEDICAL MALPRACTICE

Plaintiff alleges:

1. Plaintiff, Jacqueline Tebo, is the personal representative of the estate of Michael A. Tebo, and is a resident of Wasilla, Alaska.

2. Michael A. Tebo received medical care and treatment from the United States Air Force at Elmendorf Air Force Base in Anchorage, Alaska.

3. This Court has jurisdiction pursuant to 28 USC § 1346(b) and 28 USC §§ 2671 et seq.

4. Michael A. Tebo received negligent medical care at Elmendorf Air Force Base on August 24, 2004, when he presented at the emergency room at Elmendorf Air Force Base Hospital

with symptoms of nausea, vomiting, diarrhea, chest tightness and chest pain. He was treated by Dr. Tanya Leinicke who diagnosed that he had the flu and discharged him with no work-up for his chest pain nor any findings regarding the cause of the chest pain.

5. Michael A. Tebo died the following day from a massive myocardial infarction.

6. The defendants' treatment of Mr. Tebo fell below the standard of care for a hospital emergency facility and for a physician practicing emergency medicine when there was no cardiac work-up, no EKG and no attempt was made to determine the cause of the reported severe chest pain. This failure to meet the standard of care led to Mr. Tebo's death.

7. Standard Form 95 was submitted to the United States Air Force by plaintiff on August 22, 2006, alleging negligence and damages and damages in the amount of $1,000,000.

8. On September 28, 2007, the Department of the Air Force denied the claim of medical malpractice.

9. The personal representative brings this action on behalf of herself, the widow of Michael A. Tebo, seeking damages for loss of income, support, consortium and all other damages recoverable for wrongful death.

WHEREFORE, plaintiff asks that she be given judgment against the United States of America for $1,000,000 for the wrongful death of Michael A. Tebo and for such other relief as the Court may deem just.

DATED at Anchorage, Alaska this 28 day of March, 2008.

BOOKMAN & HELM, LLP
Attorneys for Plaintiff, Jacqueline Tebo, personal representative of the Estate of Michael Tebo

By: _____
Richard A. Helm
Alaska Bar # 7011059

Complaint for Personal Injuries/Medical Malpractice
*Tebo v. USA, et al*
Case No.

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851