KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACQUELINE TEBO, personal representative of the Estate of MICHAEL A. TEBO, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and the UNITED STATES AIR FORCE,<br><br>    Defendants. | Case No. 3:08-cv-00061-JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

    The parties, through undersigned counsel, stipulate to dismiss the complaint with prejudice, with each party to bear its own costs, expenses, and attorney's fees. The case has settled.

RESPECTFULLY SUBMITTED October 7, 2010 in Anchorage, Alaska.

Dated: October 7, 2010         KAREN L. LOEFLER
                               United States Attorney

                               s/ Susan J. Lindquist
                               Assistant U. S. Attorney
                               222 West 7th Ave., #9, Rm. 253
                               Anchorage, AK 99513-7567
                               Phone: (907) 271-3378
                               Fax: (907) 271-2344
                               E-mail: susan.lindquist@usdoj.gov
                               AK #9008053

Dated: October 7, 2010         BOOKMAN & HELM, LLP

                               s/ Richard A. Helm (consent)
                               471 W. 36th Avenue, Suite 204
                               Anchorage, AK 99503
                               Phone: (907) 865-0800
                               Fax: (907) 279-4851
                               E-mail: lhile@bookman-helm.com
                               AK #7011059