## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACQUELINE TEBO, personal representative of the Estate of MICHAEL A. TEBO, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and the UNITED STATES AIR FORCE,<br><br>Defendants. | ) Case No. 3:08-cv-00061-JWS<br>)<br>)<br>)<br>)<br>) **ORDER DISMISSING CASE**<br>) **WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>) |

Having considered the parties' Stipulation to Dismiss With Prejudice, IT IS HEREBY ORDERED that the case is dismissed with prejudice, with each side to bear its costs, expenses and attorneys' fees.

Dated: October 12, 2010           /s/ John W. Sedwick
                                  U.S. District Court Judge